UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **John Phillipson individually and on behalf of all others similarly situated** ) ) **Plaintiff,** ) ) v. ) ) **Jacob Collection Group, LLC and Security Credit Services, LLC** ) ) ) **Defendant.** ) | No. 11-4032 (ADS) (AKT) |

NOTICE OF MOTION

      Please take notice that the Plaintiff in this matter on the basis of the supporting papers accompanying this notice shall move this Court for an Order Striking the Defendants' Affirmative Defenses based on "Bona Fide Error."

Dated: West Islip, NY
       October 22, 2011

THE PLAINTIFF

Joseph Mauro, Esq.
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
(631) 669-0921

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **John Phillipson individually and on behalf of all others similarly situated** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Jacob Collection Group, LLC and Security Credit Services, LLC** )<br>)<br>)<br>**Defendant.** ) | No. 11-4032 (ADS) (AKT) |

**PLAINTIFF'S MOTION TO STRIKE**

Plaintiff moves the Court to Strike the Defendants' Affirmative Defenses based on "Bona Fide Error."

Dated:  October 22, 2011
       West Islip, NY                  THE PLAINTIFF, by

                                          Joseph Mauro, Esq.
                                          The Law Office of Joseph Mauro, LLC
                                          306 McCall Ave.
                                          West Islip, NY 11795
                                          (631) 669-0921