The Law Office of Joseph Mauro, LLC      **(631) 669-0921**
306 McCall Ave.      **(631) 669-5071 fax**
West Islip, NY   11795

December 1, 2011

**Honorable Kathleen Tomlinson**
**Alphonse M. D'Amato Federal Courthouse**
**100 Federal Plaza**
**Central Islip, NY 11722**

**RE:  John Phillipson v.  Jacob Collection Group, LLC and Security Credit Services, LLC**
    **11 CV 4032  (ADS) (AKT)**

Honorable Judge Tomlinson,

    I represent the Plaintiff herein. I am writing to inform the Court that the parties have reached a settlement in principal and are in the process of executing the necessary settlement documents, after which we intend to promptly file a stipulation of dismissal.

    As such, the parties request that the initial conference currently scheduled for Monday December 5, 2011 be cancelled.

Sincerely,

Joseph Mauro